O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br>RAUL ANTHONY GAMERA,<br>    Defendant.<br>_____ | CASE NO. CR12-456-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

      On August 24, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 18, 2015. Government counsel, Christina Shay, the defendant and his appointed attorney, George Buehler, were present. The U.S. Probation Officer, Cordale Johnson, was also present.

      The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on August 18, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on December 19, 2014.

      IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is to remain in the Clean and Sober Living Program, with intensive outpatient treatment. Defendant's supervised release shall otherwise continue under the same terms and

///

///

conditions previously imposed. The Court hereby recommends and refers the defendant into the STAR Program.

FILE/DATED:      August 24, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
ACTING CLERK OF COURT


By: ___/S/_____
Connie Lee,  Deputy Clerk

2