O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR12-456-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| RAUL ANTHONY GAMERA, | ) | |
| Defendant. | ) | |

On November 4, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 4, 2015. Government counsel, Sheila Jagaraj, the defendant and his appointed CJA attorney, George Buehler, were present. The U.S. Probation Officer, Cordale Johnson, was also present.

The defendant admitted to the allegations 1, 2 and 5, in violation of his supervised release, as stated in the Petition filed on November 4, 2015. The defendant denied allegations 3 and 4 of the petition filed November 4, 2015. The Government withdraws allegations 3 and 4 of the petition filed November 4, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on December 19, 2014.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of forty-five (45)

days. Upon release from imprisonment, defendant shall be placed on supervised release for a term of twenty-four (24) months, under the same terms and conditions previously imposed, with the following modification:

- The defendant shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the U.S. Probation Office, that includes testing to determine whether the defendant has reverted to the use of drugs or alcohol; and the defendant shall observe the rules of that facility; and

- Upon completion of the residential substancwe abuse treatment program, defendant shall reside at Sober Living, or enter an RRC for another 120 days thereafter, if Sober Living is not available, under the pre-release component, as directed by the Probation Officer, and shall observe the rules of that facility; the subsistence fee shall be waived.

Defendant shall be released directly to either the probation officer, a representative of Impact House (if Impact House will take the defendant back), or a representative of another designated RRC, only.

The Court remands defendant into custody (#13269), forthwith. The Court vacates the November 9, 2015 hearing.

The Court hereby recommends that defendant serve his sentence at the Metropolitan Detention Center.

///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:    November 13, 2015

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
    Catherine M. Jeang, Deputy Clerk

3